1

**PORTER | SCOTT**

2
A PROFESSIONAL CORPORATION
Chad S. Tapp, SBN 214898

3
Olatomiwa T. Aina, SBN 325566
350 University Avenue, Suite 200

4
Sacramento, California 95825
TEL: 916.929.1481

5
FAX: 916.927.3706

6
Attorneys for Defendant
HOSEIT MANAGEMENT, LLC

7

8
## UNITED STATES DISTRICT COURT

9
## EASTERN DISTRICT OF CALIFORNIA

10

11
ORLANDO GARCIA,                                        Case No.: 2:20-CV-02110-MCE-JDP

12
            Plaintiff,                                 **ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO**

13
vs.                                                    **RESPOND TO PLAINTIFF'S COMPLAINT**

14
HOSEIT MANAGEMENT, LLC, a Nevada
Limited Liability Company; and Does 1-10,

15
                                                       Complaint Filed: October 23, 2020
            Defendant.

16

17
_____/

18

19
        Pursuant to the parties' stipulation, it is hereby ordered that Defendant shall answer or otherwise

20
respond to Plaintiffs complaint on or before Monday, February 1, 2021.

21
        IT IS SO ORDERED.

22

23
        Dated:  January 19, 2021        _____
                                        MORRISON C. ENGLAND, JR
                                        SENIOR UNITED STATES DISTRICT JUDGE

24

25

26

27

28
*{02351809.DOCX}*                              1

ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S
COMPLAINT