UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>     Plaintiff,<br><br>  v.<br><br>HOSEIT MANAGEMENT LLC, a Nevada Limited Liability Company; and Does 1-10,<br><br>     Defendants. | Case No.: 2:20-cv-02110-MCE-JDP<br><br>**ORDER** |

     The Court hereby vacates all currently set dates.  Dispositional documents shall be filed not later than sixty (60) days following the date this order is electronically filed.

     IT IS SO ORDERED.

Dated:  June 4, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE